UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES TAGG<br><br>      Plaintiff,<br><br>  -against-<br><br>XNET, INC., AMIE, INC., LTA NETWORKS, INC., TOM BEIRITH, DONAL O'BRIEN, and RICHARD DEVAUL,<br><br>      Defendants. | **Civil Action No. 3:23-cv-00824-MMA-DEB**<br><br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS, this action was commenced on May 5, 2023 by the filing of the Summons and Complaint;

WHEREAS, in the Complaint, Plaintiff James Tagg ("Plaintiff") seeks injunctive relief and monetary damages against defendant XNet, Inc., AMIE, Inc., LTA Networks, Inc., Tom Beirith, Donal O'Brien, and Richard DeVaul (collectively, "Defendants") for violation of the Defend Trade Secrets Act (18 U.S.C. § 1836) and the California Uniform Trade Secrets Act (Cal. Civ. Code § 3426) for improperly using, publicizing, and otherwise misappropriating Plaintiff's confidential information and trade secrets ("the Trade Secrets");

WHEREAS, Plaintiff has been granted U.S. Patent No. 11,889,351 on January 30, 2024 entitled "Blockchain-Based Dynamic Cellular Network with Proof-of-Service" ("the Patent") covering similar subject matter to that of the Trade Secrets;

4892-1143-5690 v5

DocuSign Envelope ID: D9B24433-73D8-46D7-A5CD-19E08562361C

WHEREAS, Defendant now stipulates and consents to this Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every provision, order, and decree herein.

NOW THEREFORE, upon consent of the parties hereto, it is HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendants.

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1).

3.      Plaintiff is the owner of the Trade Secrets that were communicated to Defendants in confidence.

4.      Plaintiff alleges that, without Plaintiff's authorization, Defendants used, publicly disclosed, and otherwise misappropriated a significant portion of the Trade Secrets to the significant detriment of Plaintiff and of the value of the Trade Secrets.

5.      Plaintiff alleges that the foregoing conduct by Defendants constitutes misappropriation of trade secrets under the Defend Trade Secrets Act (18 U.S.C. § 1836), and the California Uniform Trade Secrets Act (Cal. Civ. Code § 3426).  The  Court hereby enters judgment against Defendants on these claims.

6.      Plaintiff alleges that, as a direct and proximate result of the Defendants' conduct alleged herein, Plaintiff has sustained substantial, immediate, and irreparable injury, and is

4892-1143-5690 v5

entitled to an injunction pursuant to the Defend Trade Secrets Act (18 U.S.C. § 1836) and the California Uniform Trade Secrets Act (Cal. Civ. Code § 3426).

7.      Defendants hereby waive any and all right to an appeal from this Consent Judgment and Permanent Injunction.

8.      This Consent Judgment and Permanent Injunction constitutes a final judgment on the merits of Plaintiff's claims for purposes of res judicata, collateral estoppel, issue preclusion, and claim preclusion.

9.      This consent judgment is entered into by the parties for the purpose of settlement and is without admission by Defendants as to liability or any of the allegations of the Complaint in this action, or as to any matters arising out of the Complaint. The Court makes no finding of fact or conclusion of law concerning any of the allegations or claims asserted by Plaintiff in this proceeding. However, nothing in this paragraph shall be construed as diminishing or otherwise affecting Defendants' obligations and responsibilities under this Consent Judgment and Permanent Injunction.

10.     Defendants, together with all of Defendants' officers, agents, servants, employees, representatives, and assigns, and all other persons, firms, or companies in active concert or participation with Defendants, are permanently enjoined and restrained from directly or indirectly:

(a)      making, using, selling, having made, offering to sell, importing, or otherwise utilizing the subject matter of the Patent and any continuations, divisions, continuations-in-part, substitutions, renewals, foreign equivalents, or national phase

-3-

4892-1143-5690 v5

patents thereof (collectively the "Patent Family") until the final expiration date of the

last-to-survive member of the Patent Family;

        (b)     infringing any claim of any member of the Patent Family;

        (c)     initiating or participating in any action, in any court or in any

administrative agency, that seeks the invalidation of any member of the Patent Family.

11.     This Consent Judgment and Permanent Injunction shall be binding upon and shall

inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring

companies.

12.     If any Defendant is found by the Court to be in contempt of, or otherwise to have

violated this Consent Judgment and Permanent Injunction, the parties agree that Plaintiff shall be

entitled to all available relief which it may otherwise request from the Court, including sanctions

for contempt, damages, injunctive relief, attorneys' fees, costs, and any other relief deemed

proper in the event of such violation.

13.     The Court retains jurisdiction of this matter for the purposes of enforcing the

terms of this Consent Judgment and Permanent Injunction.

14.     The permanent injunction shall remain in full force and effect unless and until

modified by order of this court.

4892-1143-5690 v5

**SO ORDERED.**

Dated: 03/29/2024

Hon. Michael M. Anello
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Dated: 03/28/2024                    James Tagg

City, State: Encinitas, CA

Dated: 3/22/2024                    XNnet, Inc.

City, State: Hayward, CA

Richard DeVaul

Title: CEO

Dated: 3/21/2024                    AMIE, Inc.

City, State: Irvine, California

Tom Beirith

Title: CEO

Dated: 3/21/2024                    LTA Networks, Inc. d/b/a ALTA

City, State: Port Erin, Isle of Man

Donal O'Brien

Title: COO

-5-

4892-1143-5690 v5

Dated: 3/21/2024

City, State: Irvine, California

Tom Beirith

Dated: 3/21/2024

City, State: Port Erin, Isle of Man

Donal O'Brien

Dated: 3/22/2024

City, State: Hayward, CA

Richard DeVaul

AGREED AS TO FORM AND CONTENT:

Dated: March 29, 2024

City, State: Boston, MA

Law Offices of Stephen S. Smith, P.C.

Stephen S. Smith
303 North Glenoaks Blvd.
Burbank, CA  91502
310-955-5824 (phone/fax)
ssmith@stephensmithlaw.com
Attorneys for PLAINTIFF

Dated: March 23, 2024

City, State: San Ramon, cA

Law Offices of Seth W. Weiner

Seth W. Weiner
609 Karina Court
San Ramon, CA  94582
925-487-5607
sethweiner@yahoo.com
Attorneys for DEFENDANTS

4892-1143-5690 v5