

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Tagg | Civil Action No. 23-cv-00824-MMA-DEB |
| **Plaintiff,** | |
| V. | |
| See Attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over Defendants.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1).
3. Plaintiff is the owner of the Trade Secrets that were communicated to Defendants in confidence.
4. Plaintiff alleges that, without Plaintiff's authorization, Defendants used, publicly disclosed, and otherwise misappropriated a significant portion of the Trade Secrets to the significant detriment of Plaintiff and of the value of the Trade Secrets.
5. Plaintiff alleges that the foregoing conduct by Defendants constitutes misappropriation of trade secrets under the Defend Trade Secrets Act (18 U.S.C. § 1836), and the California Uniform Trade Secrets Act (Cal. Civ. Code § 3426). The Court hereby enters judgment against Defendants on these claims.
6. Plaintiff alleges that, as a direct and proximate result of the Defendants' conduct alleged herein, Plaintiff has sustained substantial, immediate, and irreparable injury, and is entitled to an injunction pursuant to the Defend Trade Secrets Act (18 U.S.C. § 1836) and the California Uniform Trade Secrets Act (Cal. Civ. Code § 3426).

| | |
|---|---|
| **Date:**     3/29/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  L. Sotelo<br>                                                L. Sotelo, Deputy |

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 23-cv-00824-MMA-DEB

7. Defendants hereby waive any and all right to an appeal from this Consent Judgment and Permanent Injunction.

8. This Consent Judgment and Permanent Injunction constitutes a final judgment on the merits of Plaintiff's claims for purposes of res judicata, collateral estoppel, issue preclusion, and claim preclusion.

9. This consent judgment is entered into by the parties for the purpose of settlement and is without admission by Defendants as to liability or any of the allegations of the Complaint in this action, or as to any matters arising out of the Complaint. The Court makes no finding of fact or conclusion of law concerning any of the allegations or claims asserted by Plaintiff in this proceeding. However, nothing in this paragraph shall be construed as diminishing or otherwise affecting Defendants' obligations and responsibilities under this Consent Judgment and Permanent Injunction.

10. Defendants, together with a agents, servants, employees, representatives, and assigns, and all other persons, firms, or companies in active concert or participation with Defendants, are permanently enjoined and restrained from directly or indirectly:

 (a) making, using, selling, having made, offering to sell, importing, or otherwise utilizing the subject matter of the Patent and any continuations, divisions, continuations-in-part, substitutions, renewals, foreign equivalents, or national phase   patents thereof (collectively the "Patent Family") until the final expiration date of the last-to-survive member of the Patent Family;

(b) infringing any claim of any member of the Patent Family;

(c) initiating or participating in any action, in any court or in any administrative agency, that seeks the invalidation of any member of the Patent Family.

11. This Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

12. If any Defendant is found by the Court to be in contempt of, or otherwise to have violated this Consent Judgment and Permanent Injunction, the parties agree that Plaintiff shall be entitled to all available relief which it may otherwise request from the Court, including sanctions for contempt, damages, injunctive relief, attorn any other relief deemed proper in the event of such violation.

13. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

14. The permanent injunction shall remain in full force and effect unless and until modified by order of this court.

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 23-cv-00824-MMA-DEB

Defendants:

XNet, Inc.;

AMIE, Inc.;

LTA Networks, Inc. doing business as ALTA;

Tom Beirith;

Donal O'Brien;